# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2007

134759

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ANGELA R. ROSA and JOHN B. ROSA,
      Plaintiffs-Appellees,

v

GARY HENNING,
      Defendant-Appellant.

SC: 134759
COA: 268651
Benzie CC: 05-007272-NO

_____/

On order of the Court, the application for leave to appeal the May 31, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2007

Clerk

t1217